**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1598**

E. GEORGE MINNS,

            Plaintiff - Appellant,

      v.

COMMONWEALTH OF VIRGINIA; BILL MIMS, in his official and individual capacities; WILLIAM (BILL) WATSON, in his official and individual capacities; MELVIN HIKE, in his official and individual capacities; KIM M. CRUMP, in her individual capacity; JOHN DOE(S), in his or her individual capacity,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. James R. Spencer, Chief District Judge. (2:09-cv-00283-JRS-FBS)

Submitted: August 17, 2010      Decided: August 31, 2010

Before GREGORY, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

E. George Minns, Appellant Pro Se. Stephen Michael Hall, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

E. George Minns appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Minns v. Virginia</u>, No. 2:09-cv-00283-JRS-FBS (E.D. Va. April 1, 2010; May 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>